```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| TRACI TITUS, et al., | CIVIL ACTION NO. 08-2398 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| STRYKER CORPORATION, et al., |  |
| Defendants. |  |

**THE COURT** ordering the plaintiffs to show cause why the complaint insofar as it presents claims pursuant to (1) federal statutes and regulations should not be dismissed, and (2) state law should not be dismissed without prejudice to (a) recommence the action insofar as it seeks relief pursuant to state law in state court, and (b) rely on federal law in support of the state law claims in state court (dkt. entry no. 5, Order to Show Cause); and the Court stating the reasons why it appears that jurisdiction is lacking (id. at 1-3); and

**THE COURT** ordering the plaintiffs to respond by 5 P.M. on June 12, 2008 (id. at 4); and the plaintiffs failing to do so, and thus they are deemed to be in support of dismissal (id.); and the Court thus intending to grant the order to show cause; and

for good cause appearing, the Court will issue an appropriate order and judgment.[1]

                                            s/ Mary L. Cooper  
                                            **MARY L. COOPER**  
                                            United States District Judge

Dated:   June 16, 2008

---

[1] The plaintiffs, if recommencing the action in state court, should review the case law cited in the order to show cause and 28 U.S.C. § 1367(d).